# ELECTRONIC RECORD

*530-15*
*531-15*

COA #    05-13-01138-CR       OFFENSE:   71.02

STYLE:   Kenneth Paul Lawrence v. The State of Texas     COUNTY:   Collin

COA DISPOSITION:    AFFIRM      TRIAL COURT:   380th Judicial District Court

DATE: 04/02/2015       Publish: NO    TC CASE #:    380-80745-2011

---

## IN THE COURT OF CRIMINAL APPEALS

*530-15*
*531-15*

STYLE:   Kenneth Paul Lawrence v. The State of Texas       CCA #: _____

__PRO SE__ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

____STRUCK____       JUDGE: _____

DATE: __06/17/2015__       SIGNED: _____    PC: _____

JUDGE: _____       PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS  FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 05-13-01139-CR

PD-0531-15

8/13/2015

**LAWRENCE, KENNETH PAUL**  Tr. Ct. No. 380-80746-2011

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

5TH COURT OF APPEALS  CLERK
LISA MATZ
600 COMMERCE, 2ND FLOOR
DALLAS, TX 75202
* DELIVERED VIA E-MAIL *